**Return Date & Time of Motion:**
**May 23, 2017 @ 3:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>DAVINDER PAL SINGH,<br><br>Debtor. | : Chapter 7<br>:<br>: Case No. 1-16-41529 (CEC)<br>:<br>:<br>:<br>: |
| CAPITAL ONE EQUIPMENT FINANCE CORP., d/b/a CAPITAL ONE TAXI MEDALLION FINANCE,<br><br>Plaintiff<br><br>v.<br><br>DAVINDER PAL SINGH,<br><br>Defendant. | :<br>: Adv. Pro. No. 16-1165 (CEC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF

TO:   Hector M. Roman, Esq.
      Law Office Hector M. Roman, P.C.
      37-18 73rd Street, Suite 401
      Jackson Heights, NY 11372
      Email: hroman@roman-law.com
      Attorney for Debtor, Davinder Pal Singh

**PLEASE TAKE NOTICE** that Plaintiff Capital One Equipment Finance Corp., d/b/a Capital One Taxi Medallion Finance (**"Plaintiff"**), by and through its attorneys, McCarter & English, LLP, will move before the Honorable Carla E. Craig, Chief Judge of the United States Bankruptcy Court for the Eastern District of New York, pursuant to Fed. R. Civ. P. 56, made applicable to this adversary proceeding by Fed. R. Bankr. P. 7056, at 271 Cadman Plaza East, Brooklyn, New York 11201, on May 23, 2017, at 3:00 p.m., or as soon thereafter as counsel may

be heard, for an order (a) granting Plaintiff's Motion for Summary Judgment; (b) barring the discharge of the Debtor, Davinder Pal Singh, pursuant to 11 U.S.C. §727 of the Bankruptcy Code; and (c) granting such other and further relief that the Court deems equitable and just.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely on the Memorandum of Law, Statement of Undisputed Material Facts and Certification of Carlo M. Ingato submitted herewith, and all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is being submitted herewith.

Dated: April 27, 2017                McCarter & English, LLP

By: *s/Joseph Lubertazzi, Jr.*
Joseph Lubertazzi, Jr.
245 Park Avenue, 27th Floor
New York, NY 10167
Phone: (212) 609-6800
Fax: (212) 609-6921

-and-

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Phone: (973) 622-4444
Fax: (973) 624-7070

*Attorneys for Plaintiff*